FILED

03/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0135

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0135

_____

JOHN and HEATHER STENSON, individually
and on behalf of minor child, R.L.S.,

     Petitioners,

  v.

MONTANA SECOND JUDICIAL DISTRICT
COURT, HON. RAY J. DAYTON, Presiding

     Respondent.

O R D E R

_____

Through counsel, Petitioners John and Heather Stenson, individually and on behalf of minor child R.L.S., seek a writ of supervisory control over the Second Judicial District Court, Butte-Silver Bow County, and Honorable Ray J. Dayton, to direct the District Court to enter a protective order to prevent the deposition of R.L.S. in the underlying Cause No. DV 20-252. Having reviewed the petition and exhibits, the Court deems it advisable to obtain a response. We observe that Petitioners attached as Exhibit 1 to their Petition a different order from the order the Petition challenges.

IT IS THEREFORE ORDERED that Petitioners shall submit the challenged order as a revised Exhibit 1 within ten (10) days from the date of this Order.

IT IS FURTHER ORDERED that the Respondent, the Defendants in Butte-Silver Bow County Cause No. DV 20-252, or both, are granted thirty (30) days from the date of this Order within which to file a response to the Petition in accordance with M. R. App. P. 14(7)(a). The deposition of R.L.S. shall not be scheduled while the Petition remains pending before this Court.

The Clerk is directed to provide notice of this Order to all counsel of record in the Second Judicial District Court's Butte-Silver Bow County Cause No. DV 20-252 and to the Honorable Ray J. Dayton, presiding District Court Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
March 17 2022